UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/28/2026___

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND et al.,

                    Petitioner,

-against-

MIRIN CONSTRUCTION MANAGEMNET
CONSULTING SERVICES INC.

                    Respondent.

26-CV-03344 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On April 23, 2026, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **May 11, 2026**. Respondent's opposition, if any, is due on **May 25, 2026**. Petitioner's reply, if any, is due **June 1, 2026**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **May 11, 2026**, and shall file an affidavit of such service with the Court no later than **May 12, 2026**.

Dated: April 28, 2026
       New York, New York

                    SO ORDERED.

                    MARGARET M. GARNETT
                    United States District Judge